**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Strike 3 Holdings, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| JOHN DOE subscriber assigned IP | : | |
| address 98.114.253.19 | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.      ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.      ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.      ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.      ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)      ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.      (X)

| | | |
|---|---|---|
| 06/21/2019 | /s/ John C. Atkin | Strike 3 Holdings, LLC |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (973) 285-3239 | (833) 693-1201 | JAtkin@atkinfirm.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

## Civil Justice Expense and Delay Reduction Plan
## Section 1:03 - Assignment to a Management Track

(a)        The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)        In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management.  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)        The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)        Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)        Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

## SPECIAL MANAGEMENT CASE ASSIGNMENTS
### (See §1.02 (e) Management Track Definitions of the
### Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation"  as that term has been used in the Manuals for Complex Litigation.  The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985.  This term is intended to include cases that present unusual problems and require extraordinary treatment.  See §0.1 of the first manual.  Cases may require special or intense management by the court due to one or more of the following factors:  (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition.  It may include two or more related cases.  Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues.  See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| STRIKE 3 HOLDINGS, LLC | JOHN DOE subscriber assigned IP address 98.114.253.19 |

| **(b)**   County of Residence of First Listed Plaintiff   Kent County, DE | County of Residence of First Listed Defendant   Philadelphia |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)**   Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| The Atkin Firm, LLC, 55 Madison Avenue, Suite 400, Morristown, NJ, 07960, Tel. (973) 285-3239 | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
       Plaintiff

☒ 3  Federal Question
       *(U.S. Government Not a Party)*

☐ 2  U.S. Government
       Defendant

☐ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☒ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
       Proceeding

☐ 2  Removed from
       State Court

☐ 3  Remanded from
       Appellate Court

☐ 4  Reinstated or
       Reopened

☐ 5  Transferred from
       Another District
       *(specify)*

☐ 6  Multidistrict
       Litigation -
       Transfer

☐ 8  Multidistrict
       Litigation -
       Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. § 101

Brief description of cause:
Copyright Infringement

| VII.  REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P. | DEMAND $ 150000 | CHECK YES only if demanded in complaint: JURY DEMAND:   ☒ Yes   ☐No |
|---|---|---|---|

| VIII.  RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE | DOCKET NUMBER |
|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 06/21/2019 | /s/ John C. Atkin |

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)    Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)    County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)    Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
   United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
   United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
   Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
   Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.    Origin.** Place an "X" in one of the seven boxes.
   Original Proceedings. (1) Cases which originate in the United States district courts.
   Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
   Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
   Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
   Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
   Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
   Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
   **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
   Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
   Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## DESIGNATION FORM

*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 2140 S. Dupont Hwy, Camden, DE 19934 _____

Address of Defendant: _____ JOHN DOE subscriber assigned IP address 98.114.253.19 _____ Philadelphia

Place of Accident, Incident or Transaction: _____ All infringements occurred within this jurisdictional district

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 06/21/2019      /s/ John C. Atkin      326957

*Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.** *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☑ 11. All other Federal Question Cases
*(Please specify):* _____ Copyright Infringement _____

**B.** *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
*(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____ John C. Atkin _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☑ Relief other than monetary damages is sought.

DATE: 6/21/2019      /s/ John C. Atkin      326957

*Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. _____ |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address | ) |
| 98.114.253.19, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT

Plaintiff, Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff"), a Delaware limited liability company with its principal place of business located at 2140 S. Dupont Highway, Camden, Delaware 19934, brings this complaint against John Doe subscriber assigned IP address 98.114.253.19 ("Defendant"), and alleges as follows:

### Introduction

1.     This is a case about the ongoing and wholesale copyright infringement of Plaintiff's motion pictures by Defendant, currently known only by an IP address.

2.     Plaintiff is the owner of award winning, critically acclaimed adult motion pictures.

3.     Strike 3's motion pictures are distributed through the *Blacked*, *Tushy*, *Vixen*, and *Blacked Raw* adult websites and DVDs.  With more than 20 million unique visitors to its websites each month, the brands are famous for redefining adult content, creating high-end, artistic, and performer-inspiring motion pictures produced with a Hollywood style budget and quality.

1

4.      Defendant is, in a word, stealing these works on a grand scale.  Using the BitTorrent protocol, Defendant is committing rampant and wholesale copyright infringement by downloading Strike 3's motion pictures as well as distributing them to others.  Defendant did not infringe just one or two of Strike 3's motion pictures, but has been recorded infringing 78 movies over an extended period of time.

5.      Although Defendant attempted to hide this theft by infringing Plaintiff's content anonymously, Defendant's Internet Service Provider ("ISP"), Verizon Online LLC (Verizon Fios), can identify Defendant through his or her IP address 98.114.253.19.

6.      This is a civil action seeking damages under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act").

### Jurisdiction and Venue

7.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (jurisdiction over copyright actions).

8.      This Court has personal jurisdiction over Defendant because Defendant used an Internet Protocol address ("IP address") traced to a physical address located within this District to commit copyright infringement.  Therefore: (i) Defendant committed the tortious conduct alleged in this Complaint in this State; (ii) Defendant resides in this State and/or; (iii) Defendant has engaged in substantial – and not isolated – business activity in this State.

9.      Plaintiff used IP address geolocation technology by Maxmind Inc. ("Maxmind"), an industry-leading provider of IP address intelligence and online fraud detection tools, to determine that Defendant's IP address traced to a physical address in this District.  Over 5,000 companies, along with United States federal and state law enforcement, use Maxmind's GeoIP

2

data to locate Internet visitors, perform analytics, enforce digital rights, and efficiently route Internet traffic.

10.     Pursuant to 28 U.S.C. § 1391(b) and (c), venue is proper in this District because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) the Defendant resides (and therefore can be found) in this District and resides in this State.   Additionally, venue is proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases) because Defendant resides or may be found in this District.

## Parties

11.     Strike 3 is a Delaware limited liability company located at 2140 S. Dupont Hwy, Camden, DE.

12.     Plaintiff currently can only identify Defendant by his or her IP address. Defendant's IP address is 98.114.253.19.   Defendant's name and address can be provided by Defendant's Internet Service Provider.

## Factual Background

### *Plaintiff's Award-Winning Copyrights*

13.     Strike 3's subscription-based websites proudly boast a paid subscriber base that is one of the highest of any adult-content sites in the world.   Strike 3 also licenses its motion pictures to popular broadcasters and Strike 3's motion pictures are the number one selling adult DVDs in the United States.

14.     Strike 3's motion pictures and websites have won numerous awards, such as "best cinematography," "best new studio," and "adult site of the year."   One of Strike 3's owners, three-time director of the year Greg Lansky, has been dubbed the adult film industry's "answer to Steven Spielberg."

3

15.     Strike 3's motion pictures have had positive global impact, leading more adult studios to invest in better content, higher pay for performers, and to treat each performer with respect and like an artist.

16.     Unfortunately, Strike 3, like a large number of other makers of motion picture and television works, has a major problem with Internet piracy.   Often appearing among the most infringed popular entertainment content on torrent websites, Strike 3's motion pictures are among the most pirated content in the world.

### Defendant Used the BitTorrent File Distribution Network to Infringe Plaintiff's Copyrights

17.     BitTorrent is a system designed to quickly distribute large files over the Internet. Instead of downloading a file, such as a movie, from a single source, BitTorrent users are able to connect to the computers of other BitTorrent users in order to simultaneously download and upload pieces of the file from and to other users.

18.     To use BitTorrent to download a movie, the user has to obtain a "torrent" file for that movie, from a torrent website.   The torrent file contains instructions for identifying the Internet addresses of other BitTorrent users who have the movie, and for downloading the movie from those users.   Once a user downloads all of the pieces of that movie from the other BitTorrent users, the movie is automatically reassembled into its original form, ready for playing.

19.     BitTorrent's popularity stems from the ability of users to directly interact with each other to distribute a large file without creating a heavy load on any individual source computer and/or network.   It enables users, without Plaintiff's authorization, to take Plaintiff's motion pictures, which are often filmed in state of the art 4kHD, and transfer them quickly and efficiently.   Moreover, BitTorrent is designed so that the more files a user offers for download to others, the faster the user's own downloads become.   In this way, each user benefits from

illegally distributing other's content and violating copyright laws.

20.    Each piece of a BitTorrent file is assigned a unique cryptographic hash value.

21.    The cryptographic hash value of the piece ("piece hash") acts as that piece's unique digital fingerprint.  Every digital file has one single possible cryptographic hash value correlating to it.  The BitTorrent protocol utilizes cryptographic hash values to ensure each piece is properly routed amongst BitTorrent users as they engage in file sharing.

22.    The entirety of the digital media file also has a unique cryptographic hash value ("file hash"), which acts as a digital fingerprint identifying the digital media file (*e.g.*, a movie). Once infringers complete the downloading of all pieces that comprise a digital media file, the BitTorrent software uses the file hash to determine that the file is complete and accurate.

23.    Defendant used the BitTorrent file network to illegally download and distribute Plaintiff's copyrighted motion pictures.

24.    Plaintiff's investigator, IPP International U.G. ("IPP"), established direct TCP/IP connections with the Defendant's IP address, as outlined in Exhibit "A", while Defendant was using the BitTorrent file distribution network.

25.    While Defendant was infringing, IPP downloaded from Defendant one or more pieces of the digital media files containing Strike 3's motion pictures listed in Exhibit "A" (hereinafter the "Works").

26.    A full copy of each digital media file was downloaded from the BitTorrent file distribution network, and it was confirmed through independent calculation that the file hash correlating to each file matched the file hash downloaded by Defendant.

27.    Defendant downloaded, copied, and distributed a complete copy of each of Plaintiff's Works without authorization.

28.     At no point was Plaintiff's copyrighted content uploaded by IPP to any BitTorrent user.

29.     The digital media files have been verified to contain a digital copy of a motion picture that is identical (or alternatively, strikingly similar or substantially similar) to Plaintiff's corresponding original copyrighted Works.

30.     Defendant's infringement is continuous and ongoing.   Absent this lawsuit, Plaintiff knows of no way to effectively prevent Defendant from infringing Plaintiff's motion pictures.

31.     Plaintiff owns the copyrights to the Works and the Works have been registered with the United States Copyright Office.

32.     The United States Copyright Office registration information for the Works, including the registration number, is outlined on Exhibit A

33.     Plaintiff is entitled to seek statutory damages and attorneys' fees under 17 U.S.C. § 501 of the United States Copyright Act.

## COUNT I
### Direct Copyright Infringement

34.     The allegations contained in paragraphs 1-33 are hereby re-alleged as if fully set forth herein.

35.     Plaintiff is the owner of the Works, which is an original work of authorship.

36.     Defendant copied and distributed the constituent elements of Plaintiff's Works using the BitTorrent protocol.

37.     At no point in time did Plaintiff authorize, permit, or consent to Defendant's distribution of its Works, expressly or otherwise.

38.     As a result of the foregoing, Defendant violated Plaintiff's exclusive right to:

6

(A)     Reproduce its Works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B)     Distribute copies of the Works to the public by sale or other transfer of ownership, or by rental, lease, or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C)     Perform the copyrighted Works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the Works' images in any sequence and/or by making the sounds accompanying the Works' audible and transmitting said performance of the work, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publicly" perform); and

(D)     Display the copyrighted Works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works non-sequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publicly" display).

39.     Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

**WHEREFORE,** Plaintiff respectfully requests that the Court:

(A)     Permanently enjoin Defendant from continuing to infringe Plaintiff's copyrighted Works;

(B)     Order that Defendant delete and permanently remove the digital media files relating to Plaintiff's Works from each of the computers under Defendant's possession, custody, or control;

(C)     Order that Defendant delete and permanently remove the infringing copies of the Works Defendant has on computers under Defendant's possession, custody, or control;

(D)     Award Plaintiff statutory damages per infringed work pursuant to 17 U.S.C. §

504(a) and (c);

      (E)     Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505;

      (F)     Prejudgment and post-judgment interest at the applicable rate; and

      (G)     Grant such other and further relief as this Court may deem appropriate under law and equity.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: June 21, 2019

Respectfully submitted,

By: _____

John C. Atkin, Esq. (326957)
JAtkin@atkinfirm.com
55 Madison Avenue, Ste. 400
Morristown, NJ 07960
Tel.: (973) 285-3239
Fax: (833) 693-1201
*Attorneys for Plaintiff*

8

**Exhibit A to the Complaint**

**Location:** Philadelphia, PA

**Total Works Infringed:** 78

**IP Address:** 98.114.253.19

**ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 1 | 6B648DEA9BC0DB26F29C928EB2F67AE80903E94B | 04/21/2019 03:04:11 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 2 | 0160A3F1D03FA72208EEA37121C853D80C8B161D | 12/17/2018 06:16:44 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 3 | 06D35470ADBEDD8D7A25FAD86413AACD86A99631 | 04/20/2019 20:10:48 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 4 | 0A766E21DE5CC3438F1E6FD3FDFFE0A6E368A390 | 04/20/2019 20:24:29 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 5 | 0FD7509F9BF6918F5EE8576839B6679F4AFBFEB9 | 12/17/2018 04:18:35 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 6 | 12442EA4FFC86E23808045FA742F929BBA5C5DFC | 03/09/2019 18:52:44 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 7 | 14C05DD49CADBA8851E1E30C645E9C5B4DDE3F90 | 03/09/2019 19:23:01 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 8 | 16A54F666CB7A97B86ADAC7E635F9CD12941E879 | 12/23/2018 23:26:06 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 9 | 1E0FD62537500F4D25DFBC1BAB3A4B04073F3717 | 02/08/2019 21:08:46 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 10 | 1E77F001441EAADCAC10AABA810AD0D31AD6E667 | 02/08/2019 08:51:13 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 11 | 2008B305D73B6DC93C6241043DA074A249135B05 | 12/17/2018 05:35:04 | Vixen | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 12 | 20BA907B52248823E3EB7A4D76DEF9CD68410876 | 03/09/2019 19:28:49 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 13 | 24CF82C187246B1723490FB9EFC5E01D7758605F | 03/09/2019 19:09:11 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 14 | 2576C73FCD16A2BDC9675221DA0B37F983BF2064 | 03/09/2019 19:12:08 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 15 | 2609989991816C1C8336EEEAB359A23E33A025F1 | 03/09/2019 19:11:55 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |
| 16 | 29621CA532A7BD64D232F17955C35B616D10455F | 12/17/2018 05:46:21 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 17 | 2C5417FD0BAAE497FA4AAEF231460BA16AB016CA | 04/20/2019 20:17:20 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 18 | 2C87C60C1780C78E400F9EF552F85B1954FE1985 | 02/08/2019 15:15:15 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 19 | 2F3A13C5344E272A67038F365076BD99100FB7D2 | 03/09/2019 18:53:34 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 20 | 303C36DEF9CD0C279872A8580354BDF7543A44BA | 12/23/2018 23:28:07 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |
| 21 | 3549D4A02D12294749758DA837155A5E7C9FAC70 | 02/08/2019 21:05:05 | Tushy | 01/16/2019 | 02/22/2019 | PA0002155133 |
| 22 | 37049FE5D620BB361D281D29030B98EBB4054849 | 12/23/2018 23:45:05 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 23 | 3B5C703DC819B27E0C00605E7B636F3BFF4A66D7 | 02/08/2019 21:38:09 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 24 | 3F234693C7427250358D58C3A9CBB4A5DE6E058A | 02/08/2019 21:06:45 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 25 | 42049603F4A7F341409A9E205F2BC70435A28B68 | 03/09/2019 19:07:40 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 26 | 45A3934BE0C445FF3329D7577E3DCDAD5D94CE27 | 02/08/2019 21:05:21 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 27 | 4B40773EB291388F0C0D431FED557A645D2CA1BB | 04/21/2019 00:40:43 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 28 | 4C470B843A6F44EF385CE901381814C7A6C99021 | 04/20/2019 20:17:35 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 29 | 4F6E05959AFE7C1760A14B298E67C78229BBCE8E | 12/17/2018 05:39:49 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |
| 30 | 579693DD17476C99A0ED72805A7A4823A0FAC325 | 02/08/2019 08:56:21 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 31 | 682BADB98134F318735CFB1C84B8D990E3DEB8FC | 02/08/2019 08:55:41 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 32 | 6B8E90CF7856C7EA5FEF186B0691C7DBB44BD641 | 03/09/2019 18:56:12 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 33 | 6BA4E1CE476786DDF6E5695DF08CEF4C76D77064 | 02/08/2019 15:17:05 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 34 | 6DCDC6EAEB4288950A7AEE7A59F3841F4B6116F3 | 04/21/2019 03:01:17 | Tushy | 04/16/2019 | 05/11/2019 | PA0002173879 |
| 35 | 6EEF646186D737E94D92D1978D77456DA4F10301 | 12/17/2018 05:45:47 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 36 | 7096DBECED99A504F28B96486942A0F84308551D | 12/17/2018 06:13:03 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 37 | 756B4CABDFE30A8CDC1C3071D96181778C6E331E | 02/08/2019 08:46:40 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 38 | 77DC05DFAED662EFC304D79E72453C50FF4FD553 | 12/17/2018 05:51:40 | Vixen | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 39 | 7D487AECDEB71C400AEB340990590B04104A6AB2 | 04/21/2019 02:57:38 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 40 | 80F8E78EEAFF824B9871E2268026269EEC58B5D5 | 12/17/2018 05:36:46 | Tushy | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 41 | 82F84C059FD1C4AD62D052849AB588B7B5040129 | 03/09/2019 19:25:02 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 42 | 86C2E64905FF1FE8670F7D505F5F4415CCE7B58B | 12/17/2018 05:46:58 | Tushy | 11/17/2018 | 12/10/2018 | PA0002145827 |
| 43 | 91C272F5FF3F2E58D24C946022CB8ACDAFAB46F4 | 03/09/2019 19:50:23 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 44 | 92EF2A83F4B8D3A52D81BE120B336805FFC5C0EC | 04/21/2019 03:01:01 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |
| 45 | 96C5FAB5B28BFD4CE4F2E8F1374B1E24026A6281 | 12/17/2018 05:46:35 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 46 | 97E9ADAC1F2F984DFD0E35C697C73A6DA30AE127 | 04/21/2019 01:02:01 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 47 | 9D6A4E605B76F5C9986F3473E12FB9F96549DC2C | 03/09/2019 18:59:45 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 48 | 9EAF69B3A5BA35D5D87FC8F641D8B1D440931A86 | 03/09/2019 19:07:22 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 49 | 9F57797B2B5F0B7E8400DE0E8ABD61C4C47BA58F | 12/17/2018 06:14:12 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 50 | AC43C30FE8C3F681C266B3928B54426611F4F4EE | 12/17/2018 06:16:05 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 51 | ACE5214F31732EF6C3B5DDD1FF03934D4DA680AA | 12/17/2018 06:14:29 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 52 | AFC128ADA27E681278E0B48C126007FFC5FC37F0 | 02/08/2019 21:42:03 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 53 | B1C6DF80C9534000B93CFEC57B4B5FD239D30173 | 03/09/2019 18:54:54 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 54 | B3C3BEC61B1D361FCDD29F0132F76EB884D404A3 | 12/17/2018 06:18:04 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 55 | B91052C3E93BDA33141B407FA372F7323321B319 | 12/23/2018 23:45:26 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 56 | BA50EE3F1CB1E39F93BCE8FB2A3596AC4CB67C7F | 12/23/2018 23:57:18 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 57 | BD43581121484F30AA276489534683C369352F74 | 03/09/2019 19:00:38 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 58 | BF092885E57151F3056FB00EAF8E1A57D797ECD0 | 04/21/2019 03:01:02 | Tushy | 04/11/2019 | 05/11/2019 | PA0002173890 |
| 59 | C17A2D39577A7A17B0FA308F8099E113D2E6F692 | 04/21/2019 02:54:22 | Tushy | 03/12/2019 | 04/29/2019 | PA0002169947 |
| 60 | C73F3D32D77D8D89FBB9AB2211BDF05B477337A8 | 04/21/2019 02:57:27 | Tushy | 04/06/2019 | 04/29/2019 | PA0002169945 |
| 61 | C8FCB72512181DEBF68798064F57215F137CC369 | 02/08/2019 09:07:46 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 62 | CD90EE6F184DAEECE79BE0CF80AB33A50847D691 | 04/21/2019 00:59:26 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 63 | CE3F51140921AC338D81F8C3F637535981067066 | 12/17/2018 05:33:25 | Vixen | 11/30/2018 | 12/18/2018 | PA0002141918 |
| 64 | D273D571396A28C2219AC77FDB21781168D2466D | 12/17/2018 06:14:42 | Blacked Raw | 11/13/2018 | 12/10/2018 | PA0002145836 |
| 65 | D2FF2558CAF3D4F219832D650D4F938A231A4E86 | 12/17/2018 06:15:36 | Tushy | 12/12/2018 | 01/22/2019 | PA0002147902 |
| 66 | D6C69A84E33A93E55015808B02EB35CAFD158BD5 | 04/21/2019 02:57:21 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 67 | DA6D0AC7E006E7799AF3B34BF9DDF2337FC9E588 | 02/08/2019 21:05:06 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 68 | DB2B7FFBB079CBA73A28932A6D5832F692D6A309 | 03/09/2019 19:25:49 | Tushy | 02/13/2019 | 03/11/2019 | PA0002158596 |
| 69 | DE04B1E6C69B02158AB22B400D1041F1D07CFAAD | 04/20/2019 20:13:36 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 70 | E69D217F3829A8CD2C001F943850881B65E07428 | 12/23/2018 23:45:50 | Blacked | 12/16/2018 | 02/02/2019 | PA0002154976 |
| 71 | E721904409D01AEB78562FEC629C76C09C171219 | 02/08/2019 21:05:43 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 72 | EB9F5B6A04B4DFFA23A8CE55F49267EC9F155492 | 02/08/2019 21:07:12 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 73 | EC72AB6E2428651D76E9B35E34364FBF997D62E4 | 03/09/2019 19:44:07 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 74 | EDFD5B0544B87B99A1EF4B3B8B8C61C4B9F67E5D | 12/17/2018 05:44:13 | Blacked | 12/06/2018 | 12/18/2018 | PA0002141921 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 75 | F0DA147A14198B014044C1205BB3950A08D64080 | 12/17/2018 05:45:22 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 76 | F2BB8E56A085BD28AA2B32F33315A600A314106B | 02/08/2019 08:47:04 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 77 | F2F941EC25688A92844C63832B4D7F3507776747 | 12/17/2018 06:18:09 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 78 | F7584EAD8BB810CD75BB8B1AC568E48EE5CC21A0 | 12/23/2018 23:46:03 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |